# EXHIBIT 1

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**  Reg. No. 1,387,617
Registered Mar. 25, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## BIG FOOT

ARCO INDUSTRIES LTD. (HONG KONG COR-
PORATION)
800 SHAMES DR.
WESTBURY, NY 11590

FOR: TOY VEHICLES, IN CLASS 28 (U.S. CL.
22).

FIRST USE 4-13-1981; IN COMMERCE
4-13-1981.
OWNER OF U.S. REG. NO. 1,228,960.

SER. NO. 424,692, FILED 5-6-1983.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY